```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 03251
   CARISSA A JOHNSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER


         Debtor
   SSN XXX-XX-7206


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 02/24/2007 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------
HSBC AUTO FINANCE          SECURED VEHIC    33000.00            .00       1000.00
HSBC AUTO FINANCE          UNSECURED         4966.50            .00           .00
INTERNAL REVENUE SERVICE   PRIORITY          2916.90            .00           .00
ALS SERVICES LLC           UNSECURED        NOT FILED           .00           .00
AMERICAN GENERAL FINANCE   UNSECURED        NOT FILED           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED          278.55            .00           .00
BLUE CHIP CASINO           UNSECURED        NOT FILED           .00           .00
CITY OF CHICAGO PARKING    UNSECURED          920.00            .00           .00
COLLECTION COMPANY OF AM   UNSECURED        NOT FILED           .00           .00
CORPORATE AMERICA FEDERA   UNSECURED         1942.88            .00           .00
DEVRY INSTITUTE            UNSECURED         1228.84            .00           .00
DRIVE FINANCIAL SERVICES   UNSECURED        NOT FILED           .00           .00
MARAUDER CORP              UNSECURED        NOT FILED           .00           .00
SURETECHFS                 UNSECURED        NOT FILED           .00           .00
TROJAN PROFESSIONAL SVCS   UNSECURED        NOT FILED           .00           .00
US DEPT OF EDUCATION       UNSECURED         4599.27            .00           .00
VERIZON                    UNSECURED         2948.36            .00           .00
INTERNAL REVENUE SERVICE   UNSECURED          150.04            .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1109.94            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       2,263.00                       681.77
TOM VAUGHN                 TRUSTEE                                          118.23
DEBTOR REFUND              REFUND                                           900.00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              2,700.00

PRIORITY                                          .00
SECURED                                      1,000.00
UNSECURED                                         .00
ADMINISTRATIVE                                 681.77
TRUSTEE COMPENSATION                           118.23
DEBTOR REFUND                                  900.00

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 07 B 03251 CARISSA A JOHNSON
```

```
                                     ---------------      ---------------
TOTALS                                      2,700.00             2,700.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
Dated: 12/03/07                    _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```